**T. Loritz et al., appellees, v. W. V. Fabiszak et al., appellants.** Gen. No. 27,850.

Suit for commission on real estate sale. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 19, 1923.

Seymour N. Cohen, for appellants. Novak & Novak, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Fannie Brill, appellee, v. Jacob Klein, appellant. Gen. No. 27,914.**

Action of the fourth class for recovery of money. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. O. F. Cochran, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 19, 1923.

Richard I. Gavin, for appellant. No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**L. E. Waterman Company, appellant, v. A. A. Waterman & Company, Inc., appellee. Gen. No. 27,127.**

Action to restrain infringement of registered trade-marks and to enjoin unfair competition in the manufacture and sale of fountain pens. Judgment for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed February 19, 1923.

Louis T. Orr, Frank F. Reed and Edward S. Rogers, for appellant. Chilton P. Wilson, for appellee; Loesch, Scofield, Loesch & Richards, of counsel.

Mr. Justice Dever delivered the opinion of the court.

---

**The People of the State of Illinois by Robert E. Crowe, State's Attorney, defendant in error, v. Peter A. Mortenson and Charles E. Chadsey, plaintiffs in error. Gen. No. 27,524.**

Writ of error, statute of limitations being pleaded. Judgment for defendant in error on the statute. Error to the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in this court at the March term, 1922. Writ of error dismissed. Opinion filed February 19, 1923.

William A. Bither, for plaintiff in error Peter A. Mortenson; Jesse Holdom, of counsel. Shannon & Morrill, for plaintiff in error Charles E. Chadsey. No appearance for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

---

**Clara K. Hecht and Frank A. Hecht, Jr., executors of the last will and testament of Frank A. Hecht, deceased, defendants in error, v. Ernest Schutte et al., plaintiffs in error. Gen. No. 27,544.**

Suit to foreclose mortgage. Judgment for complainants. Error to the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed February 19, 1923.

Aaron R. Eppstein, for plaintiffs in error. Tenney, Harding & Sherman, for defendants in error; Harry A. Parkin and Charles F. Harding, Jr., of counsel.

Mr. Justice Matchett delivered the opinion of the court.